UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>    Plaintiff,<br><br>   v.<br><br>J. BYRD, et al.,<br><br>    Defendants. | No. 2:21-cv-0954-TLN-EFB P<br><br><br><br>ORDER |

Defendant seeks an extension of time to respond to plaintiff's complaint (ECF No. 1) until 30 days after the court rules on defendant's Motion to Dismiss Under 28 U.S.C. § 1915(e)(2)(A) or, Alternatively, for an Order Revoking Plaintiff's IFP Status (ECF No. 20).  Defendant's request (ECF No. 21) is granted.

So ordered.

Dated:  November 30, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE